**UNITED STATES DISTRICT COURT**        **EASTERN DISTRICT OF TEXAS**

ERICK LAWSON, §
           §
       Plaintiff, §
           §
*versus*            §    CIVIL ACTION NO. 1:16-CV-190
           §
STATE OF TEXAS, §
           §
       Defendant. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Erick Lawson, an inmate confined at the Hightower Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against the defendant the State of Texas.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's motion to voluntarily dismiss his case be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct

and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 13th day of October, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE